# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1617
LT Case No. 2024-11408-CIDL

_____

CLIFFORD B. SHEPARD, ESQUIRE,
and SHEPARD, SMITH,
KOHLMYER AND HAND, P.A.,

Appellants,

v.

OSTEEN ACQUISITIONS GROUP,
LLC, WANDA VAN DAM, and
HENRY R. HARDY,

Appellees.

_____

Nonfinal appeal from the Circuit Court for Volusia County.
Randell H. Rowe, III, Judge.

Mark D. Tinker and Michael V. Andriano, of Cole, Scott &
Kissane P.A., Orlando, for Appellants, Clifford B. Shepard,
Esquire, and Shepard, Smith, Kohlmyer & Hand, P.A.

J. Christy Wilson, III, of J.C. Wilson & Associates, P.A., Orlando,
for Appellee, Osteen Acquisitions Group, LLC.

Shai Ozery, of Hartsell Ozery, P.A., Pompano Beach, for Appellee,
Wanda Van Dam.

No Appearance for Remaining Appellee.

May 21, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and SOUD and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____